**In**

**United States District Court, Southern District of Illinois,
Republic of Illinois**

Aron Wayne Flanagan
  *Plaintiff*

  CASE # 3:20-CV-1318 SPM

*v.*

William "Billy" White, a man

  *Defendant*

  RESPONSE TO MOTION TO
  DISMISS

## RESPONSE TO MOTION TO DISMISS

COMES NOW Aron Flanagan, *sui juris,* enters upon the record of Plaintiff's court this response to the attorney filing MOTION TO DISMISS dates June 18, 2021 and moves this court to proceed and states the reasoning herein to wit:

## FACTS OF THE CASE

1. On March 7, 2020, Plaintiff came upon a scene with a man lying in the public roadway;

2. Plaintiff's daughter, who was transporting Plaintiff in her personal conveyance vehicle, called the police to assist the man lying in the public roadway.

3. Plaintiff was operating as a Good Samaritan and under such protection, bringing aid and assistance to a human in need.

4. Upon arrival Defendant White demanded Plaintiff produce Identification.

5. Plaintiff, having not been about to commit a crime, in the commission of a crime, or having had committed a crime asserted Plaintiff's right to be securer in Plaintiffs person, property and papers.

6. Defendant White became visibly angered, raising his voice and using obscene and derogatory language, seized Plaintiff within the meaning of the Fourth Amendment; one is "seized" within the meaning of the fourth amendment "by means of physical force or show of authority, his freedom of movement is restrained." (*United States v. Mendenhall*, 446 U.S. 544, 553 (1980)).

7. Defendant White commenced a search of Plaintiff's person and identified Plaintiff against the will and wish of Plaintiff.

8. Defendant White then shackled Plaintiff, then restrained Plaintiff of liberty by placing Plaintiff in the back of a squad car against the will and wish of Plaintiff.

9. Plaintiff requested Defendant White produce name and badge number pursuant to public servant policy as Plaintiff intended to file a complaint as required by process for Defendant Whites' trespass on Plaintiffs substantive rights and liberty.

10. Defendant White Stated something to the effect of 'if you want to file a complaint, I will charge you, so you have something to complain about.' Defendant White went on to threaten "if you want to see an asshole, I'll send you to the county jail."

11. Defendant White carried Plaintiff away against Plaintiffs will.

12. Defendant white made no attempt to bring Plaintiff before a magistrate or judge when Defendant had full opportunity to do so.

13. Defendant White made no attempt to take Plaintiff to the nearest most accessible judge or magistrate as required by law and Illinois code of procedure, but instead punished Plaintiff

by taking Plaintiff to the Police Station and holding Plaintiff shackled against Plaintiffs will.

14. Plaintiff was deprived of liberty for about two hours total.

15. No crime could be levied against Plaintiff as no crime was committed and Plaintiff was then released.

16. The record reveals Defendant White issued a report verifying that the sole reason for arrest was Plaintiff's assertion of Amendment IV protections to be secure in person and papers.

17. On March 13, 2020 Chief of Police, Greg Dodson, admitted Defendant White to be at fault and placed minimal sanctions against Defendant White of one week of suspension and removal from the FTO program as well as anger management training.

18. On 12/10/2020 Plaintiff initiated 3:20-CV-1318 by filing a claim and action of trespass.

19. On 3/5/2021 the Honorable Tribunal requested clarification and an amended Claim.

20. On 3/24/2021 the Honorable Tribunal dismissed multiple claims and moved forward with the fourth amendment false arrest claim.

21. On 5/28/2021 Defendant was process served summons.

22. On 6/18/2021 one Brian Funk made a motion to dismiss for failure to state a claim 12(b)(6).

**Discussion:**

23. Axiomatic, a false arrest is a fourth amendment violation and a claim upon which relief can, and should, be granted. This Honorable Tribunal has already vetted the action of trespass, dismissed the auxiliary claims and has previously ruled that the false arrest claim is sufficient and a claim upon which relief can be granted. The facts are undisputed and undisputable; Defendant made a false arrest with no probable cause and with no criminal act where Defendant arrested Plaintiff solely on Plaintiff's assertion of the right to be secure

in papers and property where no crime was committed. Defendants superior made clear the arrest was unlawful. Defendant was penalized for the false arrest. Defendants liability company confirmed the arrest unlawful, admitted error, and attempted to offer a settlement. There is no question that Defendant violated the rights of Plaintiff while under the colour of authority and such an act is a claim upon which relief can, and should, be granted.

24. The claim was adjudicated sufficient by the tribunal. The Claim contained a short and plain statement of the claim on Page 3 where Plaintiff makes clear there was a false arrest based upon Plaintiff's assertion of fourth amendment protections to be secure in papers where Plaintiff was not suspected of a crime rendering the assertions within said filing moot:

### Short and Plain Statement of Claim

*Plaintiff is entitled relief wherein Plaintiff, one of the People of Illinois, was accosted by an employee of the State (Defendant White) who was acting in excess of law and constitution by illegal and unlawful detention, suppression of Plaintiff's amendment one rights, and false arrest. **Defendant White unlawfully detained and falsely arrested Plaintiff based solely upon Plaintiff's assertion of rights where Defendant White demanded Plaintiff Identify with no reasonable articulatable suspicion of a crime.** Upon redress through process by complaint with Defendant Dobson, who condoned the unlawful actions, approved the unlawful actions and not only turned a blind eye to the deprivation of rights, but went as so far to create a report supporting the unlawful arrest of Plaintiff. Said Defendant created a fraudulent document in conspiracy to support the deprivation of rights caused by Defendant White. Defendants colluded, suppressed and trespassed upon Plaintiff's substantive rights and the law guarantees redress, remedy, cure and maintenance.* [Emphasis added]

25. Said 6/18/2021 filing did not bring forth facts or evidence sufficient for a motion to dismiss. Statements of counsel in brief or in argument are not facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment. *Trinsey v. Pagliaro*, D.C. Pa. 229 F. Supp. 647.

**Conclusion:**

26. The record reveals that the tribunal has adjudicated and ordered the claim of false arrest sufficient to be a claim upon which relief can be granted. Said Judiciary has dismissed the auxiliary claims and moved forward with the claim of false arrest, rendering the June 18 filing moot as the tribunal has already adjudicated the matter in question.

*Wherefore*, Plaintiff respectfully responds to the June 18, 2021 motion to dismiss and moves this court to deny said motion for mootness and frivolity and to proceed with the matter and the court is so moved.

## VERIFICATION

I, Aron Wayne Flanagan, *Sui Juris*, Plaintiff in the above entitled action, hereby verify under penalty of perjury, under the laws of the United States of America, without the "United States" (federal government), that the above statement of facts and laws is true and correct, according to the best of my current information, knowledge, and belief, so help me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause in the Constitution for the United States of America, as lawfully amended (hereinafter "U.S. Constitution") on this, June 22, 2021.

Aron Wayne Flanagan
One of the People of Illinois-Plaintiff
204 N. Beech St.

**Certificate of service**

Plaintiff herein certifies that a true and correct copy of the above filing has been served to Defendants Attorney by depositing said with the US Postal Service on June 22, 2021.

Brian M. Funk
650 Dundee Rd. Ste. 475
Northbrook IL 60062

Aron Wayne Flanagan
One of the People of Illinois-Plaintiff
204 N. Beech St.
Centralia IL 62801

7020 1810 0000 5675 5774

CERTIFIED MAIL

US District Court
Southern Ill.

750 Missouri Ave
East St. Louis, Ill
62201

2

MAIL CLEARED
US MARSHALS

MAIL CLEARED
US MARSHALS

U.S. POSTAGE PAID
ADENA, WI
JUN 24 '21
$4.80
R2304M118865-03

62201

RECEIVED

JUN 28 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE