IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARON WAYNE FLANAGAN,

        **Plaintiff,**

v.

WILLIAM WHITE,

        **Defendant.**

Case No. 20-CV-01318-SPM

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on March 5, 2021 (Doc. 8), Defendants City of Centralia and Greg Dodson were **DISMISSED without prejudice**.

    **IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Order entered on August 20, 2021 (reflecting that this case has settled in its entirety) (Doc. 28), this entire action is **DISMISSED with prejudice**.

    DATED:   September 23, 2021

                                   MARGARET M. ROBERTIE,
                                   Clerk of Court

                                   By:  s/ *Jackie Muckensturm*
                                            Deputy Clerk

  **APPROVED:** s/ *Stephen P. McGlynn*
              STEPHEN P. McGLYNN
              U.S. District Judge